UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

JESUS MENDEZ,

                      Plaintiff

    V.

OPPENHIEMERFUNDS, INC AND KEITH SPENCER,
INDIVIDUALLY, AND AS AN EMPLOYEE OF
OPPENHEIMERFUNDS, INC.

                      Defendant
-------------------------------------------------------X

Case No. **07 CIV 6058**

**JUDGE HOLWELL**

Rule 7.1 Statement

RECEIVED JUN 26 2007 U.S.D.C. S.D.N.Y. CASHIERS

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for __PLAINTIFF__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held. (NON-CORPORTE)

Date: __JUNE 26, 2007__

Signature of Attorney
NEAL BRICKMAN, ESQ.

Attorney Bar Code: NB 0874