UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JESUS MENDEZ,<br><br>                          Plaintiff,<br><br>- against -<br><br>OPPENHEIMER FUNDS, INC. and KEITH SPENCER, individually and in his official capacity as an employee of Oppenheimer Funds, Inc.,<br><br>                          Defendants. | No. 07 CIV 6058 (Holwell, J.)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant OppenheimerFunds, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                                    MASSMUTUAL HOLDING LLC

Dated: New York, New York
        July 12, 2007

                                      CHADBOURNE & PARKE LLP

                                      By____/s Eric Twiste_____
                                            Eric Twiste (ET-0047)
                                            Alan Raylesberg (AR-9719)

                                      Attorneys for Oppenheimer Funds, Inc.
                                      30 Rockefeller Plaza
                                      New York, New York 10112
                                      (212) 408-1098
                                      etwiste@chadbourne.com