


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESUS MENDEZ,

                Plaintiff,

    -against-

OPPENHEIMER FUNDS, INC. and KEITH SPENCER, individually and in his official capacity as an employee of Oppenheimer Funds, Inc.,

                Defendants.

---

No. 07 CIV 6058 (Holwell, J.)

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

    WHEREAS the time for defendant Keith Spencer to respond to the complaint in this action is currently July 17, 2007, and the time for defendant OppenheimerFunds, Inc. to respond to the complaint is currently August 1, 2007; and

    WHEREAS defendants have not entered into any previous stipulations for, or otherwise sought, any extensions of time to respond to the complaint;

    IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that the time for defendants to answer, respond, or make any motion with respect to the complaint is extended to and including August 31, 2007.

Dated: New York, New York
       July 11, 2007

| | |
|---|---|
| THE LAW OFFICES OF NEAL BRICKMAN, P.C. | CHADBOURNE & PARKE LLP |
| By _____<br>Neal Brickman (NB-0874) | By _____<br>Alan Raylesberg (AR-9719)<br>Eric Twiste (ET-0047) |
| Attorneys for Plaintiff Jesus Mendez | Attorneys for Defendants OppenheimerFunds, Inc. and Keith Spencer |
| 317 Madison Avenue, 21st Floor<br>New York, New York 10017<br>(212) 986-6840 | 30 Rockefeller Plaza<br>New York, New York 10112<br>(212) 408-5100 |

SO ORDERED:

_____
Richard J. Holwell, U.S.D.J.

7/16/07

2

NY2-474357.01