UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
JESUS MENDEZ,

                Plaintiff,        Index No. 07 CIV 6058 (RJH)

    - against -

                             **AFFIDAVIT OF SERVICE**

OPPENHEIMERFUNDS, INC. AND KEITH
SPENCER, INDIVDUALLY, AND IN HIS
OFFICIAL AS AN EMPLOYEE OF
OPPENHEIMERFUNDS, INC.
                Defendants.
- - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  } ss.:
COUNTY OF NEW YORK } 

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 3:25 p.m. on June 27, 2007, he served the within SUMMONS AND COMPLIANT AND JURY DEMAND with the assigned judges' individual rules and electronic case filing documents upon a Ms. Melissa Weiss, who is Vice President and Associate Counsel for Oppenheimerfunds, Inc, at the following address:

        Oppenheimerfunds, Inc.
        225 Liberty Street
        2 World Financial Center
        New York, NY 10281

The service copy of the SUMMONS AND COMPLAINT AND JURY DEMAND with the assigned Judges' individual rules and electronic case filing documents, was received by a Ms. Melissa Weiss, who spoke with Mr. Keith Spencer by telephone in my present and was authorized to accept Service on behalf of Mr. Spencer. Ms. Weiss is a white female, she has Brown eyes with glasses and Brown hair . She is approximately 5 feet 7 inches tall and weighs approximately 130 pounds. Ms. Weiss is approximately 45 years of age.

                                                    _Idris Mahmoud_ (signature)
                                                    IDRIS MAHMOUD
                                                    LIC# 1151131

Sworn to before me this
28th day of June, 2007

_____
NOTARY PUBLIC

ETHAN Y. LEONARD
Notary Public, State of New York
No 02LE5085475
Qualified in New York County
Commission Expires September 22, 2009