UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
JESUS MENDEZ,                                    Case No. 07 CIV 6058 (RJH)
                    Plaintiff,                  **AFFIDAVIT OF SERVICE**
        -against-

OPPENHEIMERFUNDS, INC.,
et al.,
                    Defendants.
----------------------------------X
STATE OF COLORADO  )
                   s.s.:
COUNTY OF DENVER   )

_Layla Flora_, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the _10_ day of July, 2007, at approximately _2:25_ a.m./(p.m.), deponent served a Summons in a Civil Action, Complaint, The Individual Practice Rules of Judge Richard J. Holwell, 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004, Guidelines for Electronic Case Filing dated December 1, 2003, Procedures for Electronic Case Filing dated March 6, 2003 and The Individual Practice Rules of Magistrate Judge Mass for service upon Oppenheimerfunds, Inc. by serving their Registered Agent, The Corporation Company at 1675 Broadway – Suite 1200, Denver, Colorado, by personally delivering and leaving the same with _Michelle Lujan_ who informed deponent that he/she holds the position of _Process Clerk_, and is authorized by Law/Appointment to accept service at that address. _for The Corporation Company, registered agent_.

_Michelle Lujan_ is a _white_ _female_ approximately _24_ years of age, stands approximately _5_ feet, _2_ inches tall, weighs approximately _110_ pounds with _Brown_ hair and _Brown_ eyes.

                                        Sworn to before me this
                                        _12th_ day of July, 2007.

_Layla Flora_                           _Rhonda Kirkman_
PROCESS SERVER                          NOTARY PUBLIC

[Notary Seal: RHONDA KIRKMAN, NOTARY PUBLIC, STATE OF COLORADO]