# CHADBOURNE & PARKE LLP



30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

Alan I. Raylesberg
direct tel (212) 408-5198  direct fax (646) 710-5198
araylesberg@chadbourne.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/07

August 9, 2007

The Honorable Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



RECEIVED
AUG - 9 2007
CHAMBERS OF
RICHARD J. HOLWELL

Re: Mendez v. OppenheimerFunds, Inc., No. 07-Civ-6058 (RJH)

Dear Judge Holwell:

    We represent Defendants OppenheimerFunds, Inc. and Keith Spencer in this action. We write this letter on behalf of all parties to this action, including Plaintiff Jesus Mendez, to respectfully request an adjournment of the Initial Scheduling Conference (the "Conference") currently scheduled for September 6, 2007.

    An adjournment is requested due to vacation and other scheduling conflicts. Pursuant to Paragraph 4 of the Court's Initial Scheduling Notice and Order, counsel for the parties jointly suggest, as an alternative date, that the Conference be adjourned to any date during the week of September 24 or October 1, 2007. The parties have not requested a previous adjournment of the Conference.

    Thank you for your attention to this matter.

*[Handwritten: Conference adjourned to 10/5/07 at 10:00 a.m.]*

Respectfully submitted,

*Alan Raylesberg* (signature)

Alan Raylesberg

VIA FAX

*[Handwritten: SO ORDERED]*
*[signature]*
*[Handwritten: USDJ 8/10/07]*

cc: Neal Brickman, Esq. (via fax)

New York  Washington  Los Angeles  Houston  London (a multinational partnership)  Moscow  Warsaw (a Polish partnership)  Kyiv  Beijing

TOTAL P.02