UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/07
```

------------------------------------------------------------x
:
JESUS MENDEZ,                                    :    07 Civ. 06058 (RJH)
:
               Plaintiff,               :
:
   -against-                                    :    **ORDER**
:
OPPENHEIMERFUNDS, INC., et al,                   :
:
              Defendants.              :
:
------------------------------------------------------------x

      A telephonic conference shall be held on November 30, 2007, at 3 p.m. to update the Court on the status of settlement negotiations. If the parties have not reached settlement at that time, the Court will enter a scheduling order.

The plaintiff shall initiate the call to the Chambers of the Honorable Richard J. Holwell.

The Chambers telephone number is (212) 805-0256.


Dated: New York, New York
October 5, 2007

SO ORDERED:

                                                                             Richard J. Holwell
                                                              United States District Judge