UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Jesus Mendez,

           Plaintiff(s),

-against-

Oppenheimer Funds Inc., et ano,

           Defendant(s).
------------------------------------------------------------x

ORDER OF DISCONTINUANCE

07 Civ. 6058 (RJH)(FM)

It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
               November 16, 2007

                                                    FRANK MAAS
                                              United States Magistrate Judge

_____
Attorney(s) for Plaintiff Jesus Mendez
David Kearney, Esq.
Neal Brickman PC

Agreed and Consented to:

_____
Jesus Mendez

_____
Attorney(s) for Defendant Oppenheimer Funds, Inc
Alan Raylesberg, Esq.
Chadbourne & Parke, LLP

Agreed and Consented to:

_____
Melissa Weiss
VP, Oppenheimer Funds, Inc.